**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**
**IN ADMIRALTY**

| | | |
|---|---|---|
| PORTLAND YACHT SERVICES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>*M/V GHOST* (O.N. 1222844)<br>*her engines, boilers, tackle, electronics, and all appurtenances, etc.,*<br><br>*in rem,*<br><br>Defendants. | ) | **Case No. _____________** |

NOW COMES Plaintiff Portland Yacht Services, Inc., by and through its undersigned counsel, and moves pursuant to Rule C(4) F.R. Civ. P., Supplemental Rules for Admiralty or Maritime Claims, that this Court direct Plaintiff to provide public notice of arrest of the Defendant Vessels in accordance with said Rule C, and 46 U.S.C. § 31342, and in accordance with the "Order of Notice," such Notice being attached hereto as **Exhibit A**.

WHEREFORE, Plaintiffs pray that their Motion be granted.

Dated: October 26, 2026


*/s/ Grayson Szczepaniak*
Grayson P. Szczepaniak, Esq.
Counsel for Plaintiff

**ARCHIPELAGO**
1 Dana St., 4th Floor
Portland, Maine 04101
(207) 558-0102
gszczepaniak@archipelagona.com