**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**
**IN ADMIRALTY**

PORTLAND YACHT SERVICES, INC.,

Plaintiff,

vs.

The GHOST (O.N. 1222844)
*her engines, boilers, tackle, electronics, and all appurtenances ,etc.,*

*in rem,*

Defendants.

**Case No. _____________**

**ORDER ON MOTION FOR DESIGNATION OF PUBLIC NOTICE**

It is hereby **ORDERED** that:

THIS ACTION being an admiralty claim within the provisions of Rule 9(h), F.R.Civ.P., and Rule C, F.R.Civ.P., Supplemental Rules for Admiralty or Maritime Claims, in the event that the *GHOST* (O.N. 1222844), her engines, boilers, tackle, appurtenances, electronics, and her other operating equipment, *etc*., is not released within fourteen (14) days after execution of process,

1. It is hereby ORDERED that the Plaintiff cause to be published within twenty-one (21) days after execution of process in the *Portland Press Herald*, the Notice attached hereto as **Exhibit A** and incorporated herein.

2. It is further ORDERED that Notice of this suit be provided (1) to the master or the caretaker of the *GHOST* (O.N. 1222844), or to the Owner(s), Juliet Marine, Inc. and/or Juliet Marine, LLC; and (2) to any person, firm or corporation who has recorded a mortgage pursuant to 46 USC §31321, or a Notice of Claim of Lien, as of October ____, 2026, by mailing by certified

mail, return receipt requested, a copy of the within Notice, such mailing to be made within fourteen (14) days after execution of process.

SO ORDERED.

Dated: __________________ ________________________________

U.S. District Judge