# EXHIBIT A

## NOTICE

NOTICE IS HEREBY given that on October ______, 2026, at Portland, Maine, the United States Marshals Service did arrest the *M/V GHOST* (O.N. 1222844), a 68-foot military prototype vessel constructed by Juliet Marine LLC in 2009, her engines, boilers, tackle, appurtenances, electronics, and her other operating equipment, *etc*., pursuant to a Warrant of Arrest issued by the Clerk of the United States District Court, District of Maine, upon the filing of a Verified Complaint in the above action. Said Verified Complaint is a suit in admiralty to enforce a maritime lien for necessaries in excess of Thirty Thousand Dollars ($30,000.00), plus interest, penalties, costs, and fees.

Any person having or claiming an interest in or to said vessel must file a verified statement of right or interest within fourteen (14) days after publication of this Notice and must file an Answer to the Verified Complaint herein within twenty-one (21) days after filing a verified statement of right or interest. Said verified statement of right or interest and Answer must be filed with Clerk of the United States District Court, District of Maine, 156 Federal Street, Portland, Maine 04101, and a copy of said verified statement of right or interest and Answer must be mailed to Grayson Szczepaniak, Esq., Archipelago Law, LLP, 1 Dana St., Fourth Floor, Portland, Maine 04101, counsel for Plaintiff Portland Yacht Services, Inc.

PLEASE ALSO TAKE NOTICE that if you fail to file a verified statement of right or interest, or to Answer within the time period set forth herein, Plaintiff may be awarded the relief demanded in the Complaint, and the said vessel the *M/V GHOST* (O.N. 1222844), her engines, boilers, tackle, appurtenances, electronics, and her other operating equipment, *etc*., may be sold to satisfy said award.